# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-8701 JEM | Date | March 8, 2018 |
| Title | CARMEN JOHN PERRI v SUBWAY NO. 27669 et al | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (In Chambers) ORDER RE NOTICE OF VOLUNTARY DISMISSAL (Docket No. 17)

The Court is in receipt of the Notice of Motion to Dismiss Without Prejudice filed by Plaintiff. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court orders this case dismissed without prejudice.

  :  
Initials of Preparer   slo